**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 03-1890**

_____

MICHAEL CAISON,

                               Plaintiff - Appellant,

        versus

VOLUNTEERS OF AMERICA NATIONAL SERVICES,

                               Defendant - Appellee.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Claude M. Hilton, Chief District Judge.  (CA-02-1844-A)

_____

Submitted:  October 8, 2003          Decided:  October 24, 2003

_____

Before WIDENER, MICHAEL, and MOTZ, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Michael Caison, Appellant Pro Se.  Rebecca Everett Kuehn, LECLAIR RYAN, P.C., Alexandria, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Michael Caison appeals the district court's order granting summary judgment to the Defendant in his racial discrimination and disparate impact claim. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Caison v. Volunteers of America Nat'l Servs., No. CA-02-1844-A (E.D. Va. filed June 20, 2003; entered June 24, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED